# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

Steven Douglas Newgent
[You are the PLAINTIFF, print your full name on this line.]

v.

Kokomo, IN Police Department
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number _____
[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
APR 11 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

4:22cv26

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Kokomo IN, Police Department | 100 S Union Street Kokomo, IN 46901 |
| 2 | [Put the names of any other defendants in these boxes.] Travis Cooper | 100 S Union Street Kokomo, IN 46901 |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? __2__
2. What is the name and address of your prison or jail? Howard County criminal Justice Center. 1800 W Markland Kokomo, IN 46901
3. Did the event you are suing about happen there? ◯ Yes. ☑ No, it happened at: 1225 Canterview way Kokomo, IN
4. On what date did this event occur? 12-01-2021

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I want to sue Kokomo police officer Travis Cooper for striking me in the face 4 times with a flashlight, while I was disarmed on the ground after being incapacitated by a taser. At 1225 Canterview way Kokomo, IN on 12-01-2021. A second narrative by another officer on the scene, officer Mike Marr clearly states I was immediately disarmed after being tased. Moreover, Travis Cooper admitted in his own narrative to striking me with a flashlight. It's in my discovery. The Kokomo, IN Police Department trained officer Travis Cooper. Since the night of the incident I have had severe nightmares. My face hurts. My eye socket. I have not felt my teeth since 12-01-21. They are numb and lose the front 3.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

I have filled out a formal medical slip to the jail listing these complaints. I was charged a fee but never recieved treatment. I am currently waiting to see the dentist. I fear I will lose my teeth. But I cant feel them. I am in pain every day.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ● Before I was confined.
   - ○ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ● No, this event is not grievable at this prison or jail.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   I want them to pay for my dental, medical and psychiatric (due to PTSD) bills. Negligence, Emotional Direst, cruel and unusual punishment, pain and suffering.

[*Initial Each Statement*]

- SN  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- SN  I will keep a copy of this complaint for my records.
- SN  I will promptly notify the court of any change of address.
- SN  I WILL NOT send more than one copy of any filing to the court.
- SN  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- SN  I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 04 / 05 / 20 22 at 6:28 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____    31878
Signature                           Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]